UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Abel Villareal-Ortiz,                                   Civil 04-4906 DSD/FLN

      Petitioner,

v.                                                              O R D E R

W. I. LeBlanc, Jr.,

      Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 13, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's petition for writ of habeas corpus [#1] is DENIED..

DATED: August 3, 2005           s/David S. Doty
at Minneapolis, Minnesota       JUDGE DAVID S. DOTY
                                          United States District Court